FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL 1 8 2018
**SEALED**
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 6:18-CR-48 |
| JORGE FERNANDO MERCADO | § § § | Judge RWS/JDL |

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

#### Count One

Violation: 16 U.S.C. §§ 703 and 707(b)
(Unlawful Sale of Migratory Birds)

On or about September 30, 2017, in the Eastern District of Texas and elsewhere, **Jorge Fernando Mercado**, defendant, did unlawfully offer to sell, and sell, protected wildlife, to-wit: a migratory bird, to wit: a live Eastern Screech-Owl (*Megascops asio*), in violation of 16 U.S.C. §§ 703 and 707(b).

A TRUE BILL

GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

JIM NOBLE
Assistant United States Attorney

Date 7/18/2018

Indictment - Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § NO. 6:18-CR_____ |
| | § Judge _____ |
| | § |
| JORGE FERNANDO MERCADO | § |

## NOTICE OF PENALTY

### Count One

Violation: 16 U.S.C. §§ 703, and 707(b) (Unlawful Sale of Migratory Birds)

Penalty: A fine of not more than $250,000.00 or two times the pecuniary gain or loss caused by the offense; imprisonment for not more than two (2) years; a term of supervised release of not more than one (1) year. 16 U.S.C. § 707(b); 18 U.S.C. §§ 3571(b)(3), (c)(3) and (d).

Special Assessment: $100.00