IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 6:18-CR-48 Judge Schroeder/Love |
| JORGE FERNANDO MERCADO | § § § | |

## INFORMATION

THE UNITED STATES ATTORNEY FOR
THE EASTERN DISTRICT OF TEXAS CHARGES:

### Count One

Violation: 16 U.S.C. §§ 703 and 707(a)
(Unlawful Possession of a Migratory Bird)

On or about September 30, 2017, in the Eastern District of Texas and elsewhere, **Jorge Fernando Mercado**, defendant, did unlawfully possess protected wildlife, to-wit: a migratory bird, to wit: a live Eastern Screech-Owl (*Megascops asio*), in violation of 16 U.S.C. §§ 703, and 707(b).

Information - Page 1

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE
### Pursuant to 16 U.S.C. § 707

As a result of committing the offense alleged in this information, the defendant shall forfeit to the United States of America pursuant to 16 U.S.C. § 707 the following wildlife, which is subject to forfeiture based on the aforementioned statutes:

**Wildlife:**

One live Eastern Screech-Owl (*Megascops asio*)

By virtue of the commission of the offense charged in this information, any and all interest the defendant has in the above-described wildlife is vested in the United States and hereby forfeited to the United States pursuant 16 U.S.C. § 707.

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____          __11/26/2018__
JIM NOBLE                                                              Date
Assistant United States Attorney

Information - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § § | NO. 6:18-CR-48<br>Judge Schroeder/Love |
| JORGE FERNANDO MERCADO | § | |

## NOTICE OF PENALTY

### Count One

VIOLATION: 16 U.S.C. §§ 703, and 707(a) (Unlawful Possession of a Migratory Bird)

PENALTY: A fine of not more than $15,000.00; imprisonment for not more than six (6) months; a term of supervised release of not more than one (1) year. 16 U.S.C. § 707(a); 18 U.S.C. §§ 3583(b)(3)

SPECIAL ASSESSMENT: $10.00

Information - Page 3